# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE PROBY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV1355  HEA |
| | ) | |
| D.R. BULLOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION, MEMORANDUM AND ORDER**

Before the Court is attorney Mark H. Zoole's response to the Court's Order of January 21, 2015, stating that no one named "Christy Ramsey" is or was a former employee of St. Francois County, Missouri, and that the last known address for this defendant is unknown to him [Doc. #51].

Because plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the Court is required to serve process on his behalf, provided that plaintiff has given the Court the proper service information with respect to each defendant. As such, plaintiff will be instructed to provide the Court with the full name and current address of defendant Christy Ramsey on or before March 14, 2015, so that service may be effected, as more fully set forth below.

Accordingly,

**IT IS HEREBY ORDERED** that, **on or before March 14, 2015**, plaintiff shall provide the Court with the full name and address of defendant Christy Ramsey so that service may be effected.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action as to Christy Ramsey, without prejudice and without further notice.

Dated this 17th day of February, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE